IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, <br> on behalf of plaintiff and the class defined below, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) | 16 C 10348 |
| | ) | |
| vs. | ) <br> ) | Judge Matthew F. Kennelly <br> Magistrate Judge Susan E. Cox |
| LIFESTATION, INC., <br> and DOES 1-10, | ) <br> ) <br> ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff Scott Dolemba's individual claims against Defendant LifeStation, Inc. without prejudice and without costs. Plaintiff Scott Dolemba's putative class claims against Defendant LifeStation, Inc. are dismissed without prejudice and without costs. Plaintiff Scott Dolemba's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Heather Kolbus <br> Daniel A. Edelman <br> Edelman, Combs, Latturner & Goodwin, LLC <br> 20 S. Clark St., Ste. 1500 <br> Chicago, IL 60603 <br> (312) 739-4200 | /s/ Helen Mac Murray (w/ consent) <br> Helen Mac Murray <br> Mac Murray, Petersen & Shuster, LLP <br> 6530 W. Campus Oval, Suite 210 <br> New Albany, OH 43054 <br> (614) 939-9955 |

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on December 30, 2016, I filed the foregoing document via the Court's CM/ECF system which caused a true and accurate copy of the forgoing document to be served to the following:

Helen Mac Murray
Mac Murray, Petersen & Shuster, LLP
6530 W. Campus Oval, Suite 210
New Albany, OH  43054
hmacmurray@mpslawyers.com

                                            s/Heather Kolbus
                                            Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)